PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA  
07 SEP 12 AM 11: 16  
OFFICE OF THE CLERK

**UNITED STATES OF AMERICA**

v.                              Docket # 8:07CR92

**Justin C. Kuhn**

---

On November 17, 2006, Justin C. Kuhn was sentenced to one year probation. The period of probation commenced on November 17, 2006. Mr. Kuhn has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Justin C. Kuhn be discharged from supervision.

Respectfully submitted,

Mary Lee Ranheim, Supervising  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __12__ day of __SEPTEMBER__, 2007.

The Honorable Joseph F. Bataillon  
Chief United States District Judge